IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON, MISSISSIPPI

LARRY BRADLEY and
HEATHER BRADLEY                                                                                    PLAINTIFFS

VS                                                                              CAUSE NO. 3:07cv00058 HTW-LRA

CINGULAR WIRELESS LLC, et al.                                                              DEFENDANTS

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

CAME BEFORE THE COURT, the joint *ore tenus* motion of the Parties to this Action, for entry of this Agreed Final Judgment of Dismissal with Prejudice of the above reference action (the "Civil Action"). The Parties have represented to the Court that they have compromised and settled the claims in this suit to their respective satisfaction. Accordingly, this Court FINDS that the parties' *ore tenus* motion for entry of a judgment of dismissal with prejudice is well-taken and should be granted.

WHEREFORE, IT IS HEREBY ORDERED and ADJUDGED that the Civil Action is hereby dismissed with prejudice, with each party bearing his or its own costs, expenses and attorneys' fees.

SO ORDERED, this the 28th day of Setpember, 2007.

                                              **s/ HENRY T. WINGATE**
                                              _____
                                              CHIEF UNITED STATES DISTRICT JUDGE

AGREED TO FOR ENTRY:


s:/  Jack Crawford
John A. Crawford, Jr., Esq. (MSB # 10346)
BUTLER, SNOW, O'MARA, STEVENS
& CANNADA, PLLC
P. O. Box 22567
Jackson, MS   39225-2567
(601) 948-5711 Phone
(601) 985-4500 Fax
ATTORNEY FOR BRUNINI, GRANTHAM,
GROWER & HEWES, PLLC



s:/ Pete Haley
Elbert E. Haley, Jr.
645 Lakeland East Drive, Suite 101
Flowood, MS  39232
ATTORNEY FOR LARRY BRADLEY,
HEATHER BRADLEY & MASON GARNER